# EXHIBIT "K"

**From:** Riccardo Valentini <rvalentini@unico-commodities.com>
**Sent:** Friday, October 8, 2021 5:00 PM
**To:** Steven Shenker <sshenker@pppllc.com>
**Cc:** Alan Davis <adavis@lawla.com>; Adelaida Ferchmin <aferchmin@lawla.com>; Hirsh, Robert M. <rhirsh@lowenstein.com>; Vikas Tandon (vikas@jmbcapital.com) <vikas@jmbcapital.com>; Blair Woolheater <BWoolheater@pppllc.com>; 'rg@richardgormanlaw.com' <rg@richardgormanlaw.com>; Chris O'Toole <cotoole@unico-commodities.com>; Edwin Mendoza <eamendoza@unico-commodities.com>
**Subject:** Re: Unico Commodities Notice of Non-Payment

Mr. Shenker,

in response to your notice below dated October 6th 2021, we hereby confirm that Unico Commodities was able to secure funds for Unico Marine honoring its parent guarantee (5 business days from such notice) and payment was issue by Unico Marine directly.

Reference:
FED # is: 20211008MMQFMPL0000214 (see confirmation attached)

Such payment is to be intended for the hire of <u>Morton S. Bouchard Jr./Barge 220 (NKA Morena/UMS 220)</u>

As far as the other two units please we would like to remind you that:

- Denise A. Bouchard/Barge 284 (NKA Rubia/UMS 284) has been already re-delivered to JMB

- Linda Lee Bouchard/Barge 205 (NKA Bella/UMS 205) is Off Hire for latent defects and currently under litigation

Please provide confirmation of the receipt of the funds and please be guided accordantly.

Kind Regards,

_____
**Riccardo Curcio Valentini**
Managing Member
M. +1.713.201.9863
D. +1.832.917.5835
O. +1.800.576.7503



www.unico-commodities.com

1

**From:** Steven Shenker <sshenker@pppllc.com>
**Date:** Wednesday, October 6, 2021 at 9:47 PM
**To:** Riccardo Valentini <rvalentini@unico-commodities.com>, "'rg@richardgormanlaw.com'" <rg@richardgormanlaw.com>
**Cc:** Alan Davis <adavis@lawla.com>, "Adelaida J. Ferchmin (aferchmin@lawla.com)" <aferchmin@lawla.com>, "Hirsh, Robert M." <rhirsh@lowenstein.com>, "Vikas Tandon (vikas@jmbcapital.com)" <vikas@jmbcapital.com>, Blair Woolheater <BWoolheater@pppllc.com>
**Subject:** Unico Commodities Notice of Non-Payment

Riccardo/Richard,

Per paragraph number three (3) of the attached parent guarantee from Unico Commodities,  this email shall serve as formal notice to Unico Commodities LLC, Inc., Parent Company guarantor to Unico Marine, that Unico Marine has failed to make timely payments under each of its Bare Boat Charter Agreements for the Linda Lee Bouchard/Barge 205 (NKA Bella/UMS 205) , Morton S. Bouchard Jr./Barge 220 (NKA Morena/UMS 220) and the Denise A. Bouchard/Barge 284 (NKA Rubia/UMS 284). Please be guided accordingly.

Best,
Steven

Steven Shenker
Portage Point Partners
(646) 582-9781 (o)
(516) 404-1345 (m)
sshenker@pppllc.com

portagepointpartners.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information and is intended only for the use of the intended addressee. It is the property of Portage Point Partners, LLC or its affiliates ("Portage Point"). Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communica ion in error, please notify us immediately by return email or by email to info@pppllc.com and destroy this communication and all copies thereof, including all attachments. The informa ion contained herein is not intended to provide advice or a basis for any investment, operational or other recommendation by Portage Point and Portage Point assumes no liability for any reliance hereon or materials contained herein.



UNICO MARINE SERVICES LLC

3773 RICHMOND AVE STE 565
HOUSTON TX 77046-3724

### *OUTGOING WIRE-ADVICE OF DEBIT*

| | |
|---|---|
| DATE: | 10/08/2021 |
| AMOUNT: | $196,462.50 |
| ACCOUNT NUMBER: | *****0420 |
| BANK REFERENCE NUMBER: | ████████ |

**BENEFICIARY INFORMATION**

| | |
|---|---|
| NAME: | JMB SHIPPING ATB 220 LLC |
| REFERENCE FOR BENEFICIARY: | |
| ORIGINATOR TO BENEFICIARY INFO: | ████████ OCTOBER HIRE |
| FED REFERENCE NUMBER: | ████████ |

*The above wire transfer was processed today. We have debited the transaction amount from your account. A fee was applied accordingly. If you have any questions, please contact your local branch for assistance.*

*This message, together with attachments, is intended only for the use of the individual or firm to which it is the recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. Please contact the sender immediately if you receive this message in error and destroy this message in its entirety, along with any attachments.*