THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN ADMIRALTY

CASE NO.: 6:21-cv-01678-WWB-EJK

JMB SHIPPING ATB 220, LLC,

    Plaintiff

v.

M/V MORENA and Barge UMS 220, *in rem*,
and UNICO MARINE, *in personam*,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Plaintiff JMB Shipping ATB 220, LLC and Defendants Unico Marine, M/V MORENA and Barge UMS 220, by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and request this Court enter an Order dismissing this action, including all claims and counterclaims, without prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

[SIGNATURE BLOCKS ON THE FOLLOWING PAGE]

Dated:  November 29, 2021               Respectfully submitted,

*/s/ David W. McCreadie*                 */s/ Jules V. Massee*
**DAVID W. McCREADIE**                   **JULES V. MASSEE**,
Florida Bar No. 308269                   Florida Bar No.  41554
dmccreadie@laulane.com                   jmassee@hamiltonmillerlaw.com
**ELBERT L. MARTIN, IV**                 **BRANDON BUSHWAY**,
Florida Bar No. 98010                    Florida Bar No. 1015247
LAU, LANE, PIEPER, CONLEY                bbushway@hamiltonmillerlaw.com
& McCREADIE, P.A.                        HAMILTON, MILLER &
100 South Ashley Drive, Suite 1650       BIRTHISELL, LLP
Tampa, Florida 33602                     100 S. Ashley Drive, Suite 1210
Telephone No.: (813) 229-2121            Tampa, Florida 33602
Facsimile No.: (813) 228-7710            SERVICE E-MAIL:
*Attorneys for Unico Marine*             JVMserve@hamiltonmillerlaw.com
                                         Tel: 813-223-1900 / Fax: 813-223-1933
                                         *Counsel for JMB Shipping ATB 220, LLC*